# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Michael Vitaliano Esq., Associate

**MANHATTAN**
40 Fulton Street, 17th Floor
New York, New York 10038
Telephone. (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

**LONG ISLAND**
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: bill@saponepetrillo.com

*MEMO ENDORSED*

July 15, 2021

Hon. Colleen McMahon
Senior United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement: 7/19/21 Travel as requested herein granted. Colleen McMahon]*

Re: *United States v. Christopher Kraft*
Docket No.: 20-CR-521

Dear Judge McMahon:

I am retained counsel to Defendant Christopher Kraft in the above-referenced case. I write to respectfully ask Your Honor to permit Mr. Kraft to travel to Lake George from Monday July 19, 2021 through Saturday July 24, 2021 for a family trip. Mr. Kraft will be staying at the Sagamore in Bolton Landing, 110 Sagamore Rd, Bolton Landing, NY 12814. He will be traveling with his wife, Danielle and his two young children.

By way of background, Mr. Kraft was presented and arraigned on October 1, 2020, before Magistrate Judge Lehrburger. Mr. Kraft was released on a $250,000 personal recognizance bond secured by one financially responsible person (his wife) and his house. His travel is restricted to the Southern and Eastern districts of New York. Since Mr. Kraft's initial appearance, he has been compliant with all of the terms of his release.

I have spoken to the government by A.U.S.A. Jason Swergold, who consents as long as pretrial has no objection. I've spoken to Pretrial Services by Marnie Gerardino who has no objection to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/21

Your Honor's consideration is greatly appreciated.

                                                  Respectfully submitted,

                                                  */s/ Edward V. Sapone*
                                                  Edward V. Sapone

cc: AUSA Jason Swergold, Esq.