UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
UNITED STATES OF AMERICA           :
                                   :   CONSENT PRELIMINARY ORDER
         - v. -                    :   OF FORFEITURE/
                                   :   MONEY JUDGMENT
CHRISTOPHER KRAFT                  :
                                   :   20 Cr. 521 (CM)
         Defendant.                :
                                   :
---------------------------------- x

WHEREAS, on or about October 1, 2020, CHRISTOPHER KRAFT (the "Defendant"), among others, was charged in a three-count Indictment, 20 Cr. 521 (CM) (the "Indictment"), with racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d) (Count One); honest services fraud conspiracy, in violation of Title 18, United States Code, Sections 1343, 1346, and 1349 (Count Two); and conspiracy to violate the Taft-Hartley Act, in violation of Title 18, United States Code, Section 371 (Count Three);

WHEREAS, the Indictment included forfeiture allegations as to Counts One through Three of the Indictment;

WHEREAS, the forfeiture allegation as to Count Two of the Indictment seeks forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count Two of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Indictment;

WHEREAS, on or about September 23, 2022, the Defendant pled guilty to Count Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $22,500 in United States currency, representing proceeds traceable to the commission of the offense charged in Count Two of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $22,500 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Danielle R. Sassoon, Jason M. Swergold, Jun Xiang, and Laura De Oliveira, of counsel, and the Defendant and his counsel, Edward V. Sapone, Esq., that:

1. As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $22,500 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant

CHRISTOPHER KRAFT, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s/ Jun Xiang_____     9/23/2022
     DANIELLE R. SASSOON                            DATE
     JASON M. SWERGOLD
     JUN XIANG
     LAURA De OLIVEIRA
     Assistant United States Attorneys
     One St. Andrew's Plaza
     New York, NY 10007
     (914) 993-1963

CHRISTOPHER KRAFT

By: _____     9/23/22
     CHRISTOPHER KRAFT                              DATE

By: _____     9/23/22
     EDWARD V. SAPONE, ESQ.                         DATE
     Attorney for Defendant
     40 Fulton Street, 17th Floor
     New York, NY 10038

SO ORDERED:

_____             10/4/2022
HONORABLE COLLEEN McMAHON                     DATE
UNITED STATES DISTRICT JUDGE